# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANOOCHEHR SAADAT; and ZOHREH ZARRIN,<br><br>Plaintiffs,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; and TRANS UNION, LLC,<br><br>Defendants. | Case No.: 23-CV-163-GPC-WVG<br><br>**ORDER RESETTING VIDEO EARLY NEUTRAL EVALUATION CONFERENCE** |

Due to a change in the Court's availability, and after this Court conferred with counsel for the Parties, the Court hereby RESETS the May 3, 2023, Video Early Neutral Evaluation and Case Management Conferences to **Wednesday, May 10, 2023, at 8:00 a.m.** No other dates in the operative Notice and Order for Early Neutral Evaluation Conference shall be modified unless by separate order. (*See generally* Doc. No. 13.)

**IT IS SO ORDERED.**

Dated: April 27, 2023

Hon. William V. Gallo
United States Magistrate Judge

1

23-CV-163-GPC-WVG