# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANOOCHEHR/MANNY SAADAT,<br><br>Plaintiffs,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC ; EXPERIAN INFORMATION SOLUTIONS, INC.; AND TRANS UNION LLC;<br><br>Defendant, | Case No.: 3:23-cv-00163-GPC-WVG<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL OF EQUIFAX INFORMATION SERVICES, LLC ; EXPERIAN INFORMATION SOLUTIONS, INC.; AND TRANS UNION LLC; WITH PREJUDICE PURSUANT TO FRCP 41** |

1  Having considered Plaintiffs Manoochehr Saadat and Zohreh Zarrin, and
2  Defendants EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN
3  INFORMATION SOLUTIONS, INC.; and TRANS UNION LLC Joint Motion to
4  dismiss this action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the
5  Court hereby grants the Joint Motion and orders the action dismissed in its entirety,
6  with prejudice.  Each party shall bear their own fees and costs.
7  IT IS SO ORDERED.
8  Dated:  June 27, 2023

Hon. Gonzalo P. Curiel
United States District Judge